UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Brenner & Spiller
Brad J. Spiller, Esquire
175 Richey Avenue
West Collingswood, NJ  08107
(856) 963-5000

Order Filed on May 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Amber L. Thibodeau

Case No.: 15-19652

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 9, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Brad J. Spiller _____, the applicant, is allowed a fee of $ _____ 500 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 500 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 461 _____ per month for _____ 27 _____ months to allow for payment of the above fee.

*rev.8/1/15*

Case 15-19652-NJP Doc 84-1 Filed 05/04/17 Entered 05/04/17 08:43:58 Desc Main
Proposed Order Page 2 of 2